**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **CHARITY LARAY PUSAKOWSKI** ) | Case No. 17-23429-CMB | |
| ) | | |
| Debtor(s). ) | Chapter 7 | |
| ) | | |
| ) | Document No. ____ | |
| **JEFFREY J. SIKIRICA,** ) | | |
| **CHAPTER 7 TRUSTEE,** ) | Related to Doc. Nos. 43, 44, | |
| ) | 45 & 46 | |
| Movant(s), ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| **No Respondent(s).** ) | | |

**CERTIFICATION OF NO OBJECTION REGARDING
NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (hereinafter "NFR")** filed on **May 26, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **NFR** appears thereon. Pursuant to the Notice of Hearing, objections to the **NFR** were to be filed and served no later than **June 19, 2018**.

It is hereby respectfully requested that the Order attached to the **NFR** be entered by the Court.

Dated: **06/20/2018**            */s/ Jeffrey J. Sikirica*
                                 Jeffrey J. Sikirica, Esquire
                                 PA. I.D. No. 36745
                                 121 NorthbrookDrive
                                 Gibsonia, PA   15219
                                 T: (724) 625-2566
                                 F: (724) 625-4611
                                 sikiricalaw@consolidated.net

                                 **COUNSEL FOR TRUSTEE**