UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| IN RE:<br><br>CHARITY PUSZAKOWSKI<br><br>Debtor.<br><br><br>Jeffrey J. Sikirica<br><br>Movant<br><br>vs<br><br>No Respondents | Case No. 17-23429-CMB<br><br>Chapter 7<br><br>Doc. No. _____<br><br>Related to Doc. No. __43__<br><br>**ENTERED BY DEFAULT** |
|---|---|

## ORDER OF DISTRIBUTION

  Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Jeffrey J. Sikirica, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Dated: __June 21, 2018__

_____
CARLOTA M. BOHM
United States Bankruptcy Judge

kmt

FILED
6/21/18 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-23429- CMB
Case Name: CHARITY LARAY PUSZAKOWSKI
Trustee Name: Jeffrey J. Sikirica

**Balance on hand:**  $  13,414.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  13,414.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey J. Sikirica | 2,100.46 | 0.00 | 2,100.46 |
| Trustee, Expenses - Jeffrey J. Sikirica | 24.29 | 0.00 | 24.29 |
| Attorney for Trustee Fees - Jeffrey J. Sikirica, Esq. | 1,254.00 | 0.00 | 1,254.00 |
| Attorney for Trustee, Expenses - Jeffrey J. Sikirica, Esq. | 18.46 | 0.00 | 18.46 |

Total to be paid for chapter 7 administrative expenses:  $  3,397.21
Remaining balance:  $  10,017.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  10,017.69

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 10,017.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,649.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent | 1,953.97 | 0.00 | 458.95 |
| 2 | Discover Bank Discover Products Inc | 8,971.50 | 0.00 | 2,107.25 |
| 3 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 2,863.36 | 0.00 | 672.55 |
| 4 | Capital One Bank (USA), N.A. | 11,525.14 | 0.00 | 2,707.06 |
| 5 | Portfolio Recovery Associates, LLC | 3,988.81 | 0.00 | 936.90 |
| 6 | Capital One, N.A. c/o Becket and Lee LLP | 2,009.24 | 0.00 | 471.94 |
| 7 | Midland Funding LLC | 980.69 | 0.00 | 230.35 |
| 8 | Midland Funding LLC | 2,286.28 | 0.00 | 537.01 |
| 9 | U.S. Bank National Association Bankruptcy Department | 6,699.43 | 0.00 | 1,573.58 |
| 10 | Portfolio Recovery Associates, LLC | 1,121.33 | 0.00 | 263.38 |
| 11-3 | Thomas A. Will & Associates | 250.00 | 0.00 | 58.72 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 10,017.69 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-23429-CMB
Charity Laray Puszakowski                                                                 Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe                  Page 1 of 1              Date Rcvd: Jun 21, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db             +Charity Laray Puszakowski,   42 Richland Avenue,   Pittsburgh, PA 15229-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@tuckerlaw.com
          Dennis Paul Zawacki    on behalf of Debtor Charity Laray Puszakowski d_zawacki@msn.com,
           dzawackilaw@gmail.com
          James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
           PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6