UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| IN RE:<br><br>CHARITY PUSZAKOWSKI<br>      Debtor.<br>Jeffrey J. Sikirica, Trustee<br>      Movant,<br>v.<br>No Respondents. | Chapter 7 – Liquidation<br><br>Case No. 17-23429-CMB<br><br>Doc. No. _____<br><br>Related to Doc. No. __44__ |
|---|---|

**ENTERED BY DEFAULT**
ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __21st__ day of _____June_____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,100.46 is reasonable compensation for the services in this case by Jeffrey J. Sikirica, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $24.29 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_Carlota M. Böhm_ kmt
CARLOTA M. BÖHM
United States Bankruptcy Judge

FILED
6/21/18 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                              Case No. 17-23429-CMB
Charity Laray Puszakowski                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1            Date Rcvd: Jun 21, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db              +Charity Laray Puszakowski,    42 Richland Avenue,    Pittsburgh, PA 15229-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@tuckerlaw.com
              Dennis Paul Zawacki    on behalf of Debtor Charity Laray Puszakowski d_zawacki@msn.com,
               dzawackilaw@gmail.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
               PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6