UNITED STATES BANKRUPTCY COURT
WESTERN District of PENNSYLVANIA
Pittsburgh Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARITY LARAY PUSZAKOWSKI | ) | Case No. 17-23429-CMB |
| | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| JEFFREY J. SIKIRICA, ESQ. | ) | Doc. No. _____ |
| | ) | |
| Movant | ) | Related to Doc. No. __45__ |
| vs. | ) | |
| | ) | Hearing Date & Time: |
| No Respondents | ) | 06/26/18 @ 2:30 pm |

**ENTERED BY DEFAULT**

<u>ORDER AWARDING JEFFREY J. SIKIRICA, ESQUIRE, ATTORNEY
FOR TRUSTEE, COMPENSATION AND EXPENSES</u>

AND NOW, this ___21st___ day of ___June___, 2018, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of $1,254.00 is reasonable compensation and the sum of $18.46 is reasonable expenses by Jeffrey J. Sikirica, Esquire for the services in this case as attorney for the Chapter 7 Trustee; and, that such sums are approved and to be paid by the Chapter 7 Trustee as part of his distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

_Carlota M. Böhm_ **kmt**
Carlota M. Böhm
United States Bankruptcy Judge

FILED
6/21/18 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charity Laray Puszakowski  
      Debtor

Case No. 17-23429-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe    Page 1 of 1    Date Rcvd: Jun 21, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db           +Charity Laray Puszakowski,   42 Richland Avenue,   Pittsburgh, PA 15229-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@tuckerlaw.com
         Dennis Paul Zawacki    on behalf of Debtor    Charity Laray Puszakowski d_zawacki@msn.com, dzawackilaw@gmail.com
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,   PA59@ecfcbis.com
         Jeffrey J. Sikirica    on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net, PA59@ecfcbis.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                          TOTAL: 6