**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charity Laray Puszakowski** | Social Security number or ITIN **xxx–xx–6065** |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN __–_____ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:    **17–23429–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charity Laray Puszakowski

<u>8/1/18</u>

**By the court:** <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charity Laray Puszakowski
        Debtor

Case No. 17-23429-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dkam        Page 1 of 2        Date Rcvd: Aug 01, 2018
                       Form ID: 318      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
```
db             +Charity Laray Puszakowski,   42 Richland Avenue,   Pittsburgh, PA 15229-1937
aty            +Jeffrey Sikirica,   121 Northbrook Drive,   Pine Township,   Gibsonia, PA 15044-8983
14682530       +Citibank/Home Depot,   PO Box 790328,   Saint Louis, MO 63179-0328
14682537       +Midland Funding LLC,   2 Industrial Way West,   Eatontown, NJ 07724-2265
14732235        TD Bank, USA,   by American InfoSource LP as agent,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
14775769       +Thomas A. Will & Associates,   420 Fort Duquesne Blvd., Suite 700,   Pittsburgh, PA 15222-1458
14682544       +Weltman, Weinberg & Reis Co., L.P.A.,   436 Seventh Avenue,   Suite,
                 Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2018 02:31:37     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14682529       +EDI: CAPITALONE.COM Aug 02 2018 06:08:00     Capital One Bank,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
14737840        EDI: CAPITALONE.COM Aug 02 2018 06:08:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
14743319        EDI: BL-BECKET.COM Aug 02 2018 06:08:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14682531       +EDI: WFNNB.COM Aug 02 2018 06:08:00     Comenity Bank/Buckle,   PO Box 182789,
                 Columbus, OH 43218-2789
14682532       +EDI: WFNNB.COM Aug 02 2018 06:08:00     Comenity Bank/Victoria Secret,   PO Box 182789,
                 Columbus, OH 43218-2789
14682533        EDI: DISCOVER.COM Aug 02 2018 06:08:00     Discover,   PO Box 15316,   Wilmington, DE 19850
14732935        EDI: DISCOVER.COM Aug 02 2018 06:08:00     Discover Products Inc,
                 PO Box 3025,   New Albany OH 43054-3025
14682534       +EDI: WFFC.COM Aug 02 2018 06:08:00     EFS Finance Co.,   604 Locust Steet,
                 Des Moines, IA 50309-3705
14682535       +E-mail/Text: bankruptcynotice@lfbusa.com Aug 02 2018 02:31:14     FST Financial Bank USA,
                 363 W. Anchor Drive,   North Sioux City, SD 57049-5154
14682536       +EDI: CBSKOHLS.COM Aug 02 2018 06:08:00     Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
14753957       +EDI: MID8.COM Aug 02 2018 06:08:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14741492        EDI: PRA.COM Aug 02 2018 06:08:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14682554       +EDI: PRA.COM Aug 02 2018 06:08:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14682538       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 02 2018 02:32:13     Quicken Loans,
                 1050 Woodward Avenue,   Detroit, MI 48226-1906
14682539       +EDI: RMSC.COM Aug 02 2018 06:08:00     SYNCB/American Eagle,   PO Box 965005,
                 Orlando, FL 32896-5005
14682540       +EDI: WTRRNBANK.COM Aug 02 2018 06:08:00     TD Bank USA/Target,   PO Box 673,
                 Minneapolis, MN 55440-0673
14759098        EDI: USBANKARS.COM Aug 02 2018 06:08:00     U.S. Bank National Association,
                 Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
14682541        EDI: USBANKARS.COM Aug 02 2018 06:08:00     US Bank,   PO Box 108,   Saint Louis, MO 63166
14682542       +EDI: WFFC.COM Aug 02 2018 06:08:00     Wells Fargo,   PO Box 14517,   Des Moines, IA 50306-3517
14736150        EDI: WFFC.COM Aug 02 2018 06:08:00     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
14682543       +EDI: WFFC.COM Aug 02 2018 06:08:00     Wells Fargo Delear Service,   PO Box 1697,
                 Winterville, NC 28590-1697
```
                                                        TOTAL: 22

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```
                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Aug 01, 2018
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
          Dennis Paul Zawacki   on behalf of Debtor Charity Laray Puszakowski d_zawacki@msn.com,
           dzawackilaw@gmail.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
          Jeffrey J. Sikirica   on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@consolidated.net,
           PA59@ecfcbis.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                            TOTAL: 6
```