**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

| | | |
|---|---|---|
| In re: | | |
| PUSZAKOWSKI, CHARITY LARAY | § | Case No. 17-23429- CMB |
| | § | Chapter 7 |
| Debtor(s). | § | |
| | § | |
| Jeffrey J. Sikirica, Trustee | § | |
| | § | |
| Movant | § | |
| v. | § | |
| | § | |
| No Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Jeffrey J. Sikirica, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $118,229.24 | Assets Exempt: | $120,720.55 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,017.69 | Claims Discharged Without Payment: | $50,452.06 |
| Total Expenses of Administration: | $3,486.94 | | |

    3) Total gross receipts of $15,996.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,492.31 (see **Exhibit 2**), yielded net receipts of $13,504.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $103,806.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,486.94 | $3,486.94 | $3,486.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $60,913.00 | $42,649.75 | $42,649.75 | $10,017.69 |
| **TOTAL DISBURSEMENTS** | $164,719.00 | $46,136.69 | $46,136.69 | $13,504.63 |

4) This case was originally filed under chapter 7 on 08/25/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/12/2018         By: /s/ Jeffrey J. Sikirica
                                                Trustee , Bar No.: 36745

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from deceased brother-in-law's estate | 1229-000 | $15,996.94 |
| **TOTAL GROSS RECEIPTS** | | **$15,996.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Charity Laray Puszakowski | Exemptions | 8100-002 | $2,492.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$2,492.31** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Quicken Loans | 4110-000 | $90,256.00 | NA | NA | NA |
| N/F | Wells Fargo Dealer Service | 4110-000 | $13,550.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$103,806.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeffrey J. Sikirica | 2100-000 | NA | $2,100.46 | $2,100.46 | $2,100.46 |
| Trustee, Expenses - Jeffrey J. Sikirica | 2200-000 | NA | $24.29 | $24.29 | $24.29 |
| Attorney for Trustee Fees - Jeffrey J. Sikirica, Esq. | 3110-000 | NA | $1,254.00 | $1,254.00 | $1,254.00 |
| Attorney for Trustee, Expenses - Jeffrey J. Sikirica, Esq. | 3120-000 | NA | $18.46 | $18.46 | $18.46 |
| Bond Payments - BOND | 2300-000 | NA | $5.53 | $5.53 | $5.53 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $84.20 | $84.20 | $84.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,486.94** | **$3,486.94** | **$3,486.94** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent | 7100-000 | $1,953.00 | $1,953.97 | $1,953.97 | $458.95 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | $8,971.00 | $8,971.50 | $8,971.50 | $2,107.25 |
| 3 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7100-000 | $2,673.00 | $2,863.36 | $2,863.36 | $672.55 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $11,525.00 | $11,525.14 | $11,525.14 | $2,707.06 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | $3,000.00 | $3,988.81 | $3,988.81 | $936.90 |
| 6 | Capital One, N.A. c/o Becket and Lee LLP | 7100-000 | $2,009.00 | $2,009.24 | $2,009.24 | $471.94 |
| 7 | Midland Funding LLC | 7100-000 | $2,000.00 | $980.69 | $980.69 | $230.35 |
| 8 | Midland Funding LLC | 7100-000 | $2,000.00 | $2,286.28 | $2,286.28 | $537.01 |
| 9 | U.S. Bank National Association Bankruptcy Department | 7100-000 | $7,841.00 | $6,699.43 | $6,699.43 | $1,573.58 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $1,121.00 | $1,121.33 | $1,121.33 | $263.38 |
| 11-3 | Thomas A. Will & Associates | 7100-000 | NA | $250.00 | $250.00 | $58.72 |
| N/F | EFS Finance Co. | 7100-000 | $7,616.00 | NA | NA | NA |
| N/F | FST Financial Bank USA | 7100-000 | $10,204.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$60,913.00** | **$42,649.75** | **$42,649.75** | **$10,017.69** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-23429- CMB
Case Name: PUSZAKOWSKI, CHARITY LARAY
For Period Ending: 08/12/2018

Trustee Name: (580670) Jeffrey J. Sikirica
Date Filed (f) or Converted (c): 08/25/2017 (f)
§ 341(a) Meeting Date: 10/02/2017
Claims Bar Date: 02/11/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 42 Richland Avenue, Pittsburgh, PA 15229, Allegheny County | 19,744.00 | 0.00 | | 0.00 | FA |
| 2 | 2008 Jeep Commande, 101000 miles<br>In Good Condition. Entire property value: $6,473.00 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Chairs, end tables, beds, dressers, night tables, lamps | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | TV, Radio, Cell Phone, Computer, kitchen Appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | two handguns | 900.00 | 0.00 | | 0.00 | FA |
| 6 | shoes, coats, socks, underwear, suit, shirts, gloves, pants | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Ring | 900.00 | 0.00 | | 0.00 | FA |
| 8* | Cash (See Footnote) | 60.00 | 0.00 | | 0.00 | FA |
| 9* | Checking account: PNC Bank located at 435 Perry Highway, Pittsburgh, (See Footnote) | 1,728.69 | 0.00 | | 0.00 | FA |
| 10 | 401 (k) or s: The Children's Home of Pittsburgh 401k plan | 44,044.47 | 0.00 | | 0.00 | FA |
| 11 | IRA: VALIC Retirement IRA | 28,055.50 | 0.00 | | 0.00 | FA |
| 12 | Retirement account: West Penn Allegheny Retirement Savings Plan | 5,316.15 | 0.00 | | 0.00 | FA |
| 13 | Additional account: VALIC 403(b) retirement account | 12,480.43 | 0.00 | | 0.00 | FA |
| 14 | State Farm Home Owners Insurance: Charity Puszakowski | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Allstate Life Insurance: Children | 0.00 | 0.00 | | 0.00 | FA |
| 16* | Inheritance from deceased brother-in-law's estate (u) (See Footnote) | 15,996.94 | 13,504.63 | | 15,996.94 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$134,226.18** | **$13,504.63** | | **$15,996.94** | **$0.00** |

RE PROP# 8    Exemption amended at docket 36.

RE PROP# 9    Deposit amount and exemption amended at docket #36

RE PROP# 16   Added by amendment at docket #14.
              Exemption amended at docket #36.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 17-23429- CMB
**Case Name:** PUSZAKOWSKI, CHARITY LARAY

**For Period Ending:** 08/12/2018

**Trustee Name:** (580670) Jeffrey J. Sikirica
**Date Filed (f) or Converted (c):** 08/25/2017 (f)
**§ 341(a) Meeting Date:** 10/02/2017
**Claims Bar Date:** 02/11/2018

**Major Activities Affecting Case Closing:**

    Collecting inheritance funds

**Initial Projected Date Of Final Report (TFR):** 04/30/2018    **Current Projected Date Of Final Report (TFR):** 04/09/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-23429- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | PUSZAKOWSKI, CHARITY LARAY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7185 | Account #: | ******9000 Checking |
| For Period Ending: | 08/12/2018 | Blanket Bond (per case limit): | $10,024,323.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/17 | {16} | Thomas A Will & Associates Inc | Inheritance from the Estate of Stephen M. Lasch | 1229-000 | 15,996.94 |  | 15,996.94 |
| 12/19/17 | 101 | International Sureties, LTD | 2018 Chpt. 7 Blanket Bond - Pittsburgh - West. District | 2300-000 |  | 5.53 | 15,991.41 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.17 | 15,972.24 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 25.26 | 15,946.98 |
| 02/12/18 | 102 | Charity Laray Puszakowski | Exemptions | 8100-002 |  | 2,492.31 | 13,454.67 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 20.45 | 13,434.22 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.32 | 13,414.90 |
| 06/27/18 | 103 | Jeffrey J. Sikirica, Esq. | Distribution payment - Dividend paid at 100.00% of $18.46; Claim # AE; Filed: $18.46 | 3120-000 |  | 18.46 | 13,396.44 |
| 06/27/18 | 104 | Jeffrey J. Sikirica, Esq. | Distribution payment - Dividend paid at 100.00% of $1,254.00; Claim # AFEE; Filed: $1,254.00 | 3110-000 |  | 1,254.00 | 12,142.44 |
| 06/27/18 | 105 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $2,100.46; Claim # FEE; Filed: $2,100.46 | 2100-000 |  | 2,100.46 | 10,041.98 |
| 06/27/18 | 106 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $24.29; Claim # TE; Filed: $24.29 | 2200-000 |  | 24.29 | 10,017.69 |
| 06/27/18 | 107 | TD Bank, USA by American InfoSource LP as agent | Distribution payment - Dividend paid at 23.49% of $1,953.97; Claim # 1; Filed: $1,953.97 | 7100-000 |  | 458.95 | 9,558.74 |
| 06/27/18 | 108 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 23.49% of $8,971.50; Claim # 2; Filed: $8,971.50 | 7100-000 |  | 2,107.25 | 7,451.49 |
| 06/27/18 | 109 | Wells Fargo Bank, N.A. Wells Fargo Card Services | Distribution payment - Dividend paid at 23.49% of $2,863.36; Claim # 3; Filed: $2,863.36 | 7100-000 |  | 672.55 | 6,778.94 |
| 06/27/18 | 110 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 23.49% of $11,525.14; Claim # 4; Filed: $11,525.14 | 7100-000 |  | 2,707.06 | 4,071.88 |
| 06/27/18 | 111 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 23.49% of $3,988.81; Claim # 5; Filed: $3,988.81 | 7100-000 |  | 936.90 | 3,134.98 |
| 06/27/18 | 112 | Capital One, N.A. c/o Becket and Lee LLP | Distribution payment - Dividend paid at 23.49% of $2,009.24; Claim # 6; Filed: $2,009.24 | 7100-000 |  | 471.94 | 2,663.04 |
| 06/27/18 | 113 | Midland Funding LLC | Distribution payment - Dividend paid at 23.49% of $980.69; Claim # 7; Filed: $980.69 | 7100-000 |  | 230.35 | 2,432.69 |
| 06/27/18 | 114 | Midland Funding LLC | Distribution payment - Dividend paid at 23.49% of $2,286.28; | 7100-000 |  | 537.01 | 1,895.68 |

Page Subtotals: $15,996.94   $14,101.26

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-23429- CMB | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | PUSZAKOWSKI, CHARITY LARAY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7185 | Account #: | ******9000 Checking |
| For Period Ending: | 08/12/2018 | Blanket Bond (per case limit): | $10,024,323.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 8; Filed: $2,286.28 | | | | |
| 06/27/18 | 115 | U.S. Bank National Association Bankruptcy Department | Distribution payment - Dividend paid at 23.49% of $6,699.43; Claim # 9; Filed: $6,699.43 | 7100-000 | | 1,573.58 | 322.10 |
| 06/27/18 | 116 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 23.49% of $1,121.33; Claim # 10; Filed: $1,121.33 | 7100-000 | | 263.38 | 58.72 |
| 06/27/18 | 117 | Thomas A. Will & Associates | Distribution payment - Dividend paid at 23.49% of $250.00; Claim # 11-3; Filed: $250.00 | 7100-000 | | 58.72 | 0.00 |
| | | **COLUMN TOTALS** | | | 15,996.94 | 15,996.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 15,996.94 | 15,996.94 | |
| | | | Less: Payments to Debtors | | | 2,492.31 | |
| | | **NET Receipts / Disbursements** | | | **$15,996.94** | **$13,504.63** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-23429- CMB | **Trustee Name:** | Jeffrey J. Sikirica (580670) |
| **Case Name:** | PUSZAKOWSKI, CHARITY LARAY | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7185 | **Account #:** | ******9000 Checking |
| **For Period Ending:** | 08/12/2018 | **Blanket Bond (per case limit):** | $10,024,323.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9000 Checking | $15,996.94 | $13,504.63 | $0.00 |
| | **$15,996.94** | **$13,504.63** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)